**FILED**

# United States District Court

MAR - 8 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

In the matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

**Mobile Home Trailer
423 Essie Morris Road
Macon County, AL**

CASE NUMBER: 3:06mj27-DRB

I _____Thomas Halasz_____ being duly sworn depose and say:

I am a(n) __Drug Enforcement Administration Special Agent__ and have reason to believe

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**Mobile Home Trailer
423 Essie Morris Road
Macon County, AL**

in the _____Middle_____ District of _____Alabama_____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment A**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure) concerning a

violations of Title __21__ United States Code, Section(s) _841(a)(1) and 846_.

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit Which is Incorporated by Reference Herein**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

March 3, 2006                                at      Montgomery, Alabama
Date                                                 City and State

Delores R. Boyd, U.S. Magistrate Judge        _____
Name and Title of Judicial Officer              Signature of Judicial Officer

## ATTACHMENT "A"

<u>Property to be Seized</u>

1. Books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchasing, and distribution of controlled substances, in particular, cocaine, and cocaine base, Schedule II controlled substances;

2. Books, records, receipts, bank statements, and records, money drafts, letter of credit, money orders and cashier's checks, receipts, pass books, bank checks, safety deposit box keys, and other items evidencing the obtaining, secreting, transferring, and/or concealing of assets and the obtaining, secreting, transferring, concealing, and/or expending of money;

3. Financial proceeds of trafficking in cocaine and cocaine base, namely United States Currency;

4. Photographs, in particular photographs of co-conspirators, video tapes of assets and/or of controlled substances, in particular cocaine and cocaine base; and

5. Indices of occupancy and residency, and/or ownership of the premises described in the affidavit, including but not limited to, utility and telephone bills, cancelled envelopes, and safety deposit box keys;

6. Cocaine, cocaine base, and the paraphernalia used to convert Cocaine HCL into Cocaine Base.

All the above being fruits, instrumentalities, and evidence of violation of Title 18, U.S.C. §§ 2, 371, 545, 1952, 1956, 1957; and Title 21 U.S.C. §§ 841(a)(1), 843(b) and 846.

AFFIDAVIT

I, Thomas Halasz, hereby make the following statement under penalty of perjury. I am a Special Agent with the U.S. Drug Enforcement Administration and have been so employed for approximately the past 18 years. I have been employed in law enforcement for approximately the last 26 years. Officers currently at the incident locations have relayed the following information to me. They have halted their searches of the residences while I apply for the respective search warrants.

On March 3, 2006 the Lee County Sheriff's Department obtained two search warrants for property stolen from the Lee County Public Schools. The warrants were executed at 423 Essie Morris Road in Macon County, AL and 444 Essie Morris Road in Macon County, Alabama.

Upon entry into the mobile home trailer at 423 Essie Morris Road officers observed in plain view on the kitchen counter a small quantity of suspected cocaine base, digital scales and plastic baggies with the corners cut off. The suspected cocaine base field tested positive for cocaine base.

Additionally, a loaded M-16 type assault rifle and another .45 caliber rifle were in plain view. Two video surveillance cameras were also discovered which enabled occupants of the trailer to view approaching vehicles via a monitor. Based on my training and experience, the combination of weapons, scales, baggies, and surveillance equipment is consistent with the sale and distribution of cocaine.

Upon entry into the single family residence at 444 Essie Morris Road in Macon County, AL officers observed two plastic sandwich bags and a pill bottle in plain view on a stand in the hallway. One plastic bag contained approximately one to two ounces of suspected cocaine base. The other plastic bag contained approximately one to two ounces of suspected cocaine hydrochloride. The pill bottle contained suspected cocaine base. A sample of the substance from one of the plastic bags field tested positive for cocaine base. Based upon my training and experience, the amount of suspected cocaine in plain view at this residence is consistent with the sale and distribution of cocaine, not merely personal consumption.

Additionally, an SKS type assault rifle and a .22 caliber rifle were observed in plain view in the residence.

Due to the above facts and circumstances, this affiant believes that controlled substances and firearms will be found at 423 Essie Morris Road in Macon County, Alabama and 444 Essie Morris Road in Macon County, Alabama.

_____
Thomas Halasz, Special Agent
U.S. Drug Enforcement Administration

Sworn to before me and subscribed
In my presence this the 3rd day
of March, 2006

_____
U. S. Magistrate Judge